

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 16-9-AB |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| ARTHUR CASASOLA | ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist., CA   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior violation of SR; nature of allegations; new criminal charge

```
                                                               
                                                               
                                                               
     and/or
B.   ( )  The defendant has not met his/her burden of establishing by
          clear and convincing evidence that he/she is not likely to pose
          a danger to the safety of any other person or the community if
          released under 18 U.S.C. § 3142(b) or (c).  This finding is based
          on:                                                  
                                                               
                                                               
                                                               


     IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:     6/7/21

                                        /s/ Paul L. Abrams
                                    _____
                                    PAUL L. ABRAMS
                                    UNITES STATES MAGISTRATE JUDGE
```