# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR THEODORO CASASOLA,<br><br><br>Defendant. | Case No. 2:16-cr-00009-AB-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On February 12, 2026, Defendant Arthur Theodoro Casasola made his initial on a petition for revocation of supervised release. Stephen Frye of the Indigent Defense Panel was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Barr Benyamin. Mr. Casasola was ordered temporarily detained pending a detention hearing. A continued detention hearing was held on February 17, 2026.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☐   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*Given the finding with respect to danger, the Court declines to make any finding with respect to risk of nonappearance.*

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:
The allegations in this case, which concern state charges for possession of a large amount of drugs and guns while on supervision.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: February 17, 2026

_____
/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2